IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

**United States of America**                         CASE NUMBER: 1:04-CR-0020-01

                                    vs.

**Tyrone Anthony Poole**


TYPE OF CASE: Criminal




TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:


Place:   U.S. District Court                    **\*Date and Time: February 25, 2005 @ 3:00 PM**
         Courtroom #3
         228 Walnut Street
         8th Floor, Federal Building
         Harrisburg, PA. 17101




Type of Proceeding: Arraignment/Guilty Plea


Date: February 22, 2005                              /s/ Mark J. Armbruster
                                          By: Mark J. Armbruster, Deputy Clerk


CC:     Judge Sylvia H. Rambo
        Sanford Krevsky, Esq.
        William Behe, AUSA
        U.S. Marshal
        Federal Probation
        Wendy Yinger, Rptr.


\*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.