TAM:WAB:caz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **Criminal No. 1:CR-04-020** |
| | ) **(Judge Rambo)** |
| v. | ) **(Electronically filed)** |
| | ) |
| **TYRONE POOLE** | ) |

## S U P E R S E D I N G
## I N F O R M A T I O N

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT I

Between on or about March 8, 1992, up to and including the present, in the

Middle District of Pennsylvania, the defendant,

### TYRONE POOLE,

having knowledge of the actual commission of a felony cognizable by a court of the

United States, did knowingly conceal and did not as soon as possible make known the

same to some judge and other person in civil or military authority under the United

States in that the defendant concealed from authorities information regarding the

robbery of the Red Roof Inn on Eisenhower Boulevard, Swatara Township, Dauphin

County and the murder of Sue Behrens during the course of said robbery.

All in violation of Title 18, United States Code, Section 4.

THOMAS A. MARINO
UNITED STATES ATTORNEY

DATED: February 24, 2005