IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 1:CR-04-020** |
| **v.** | |
| **TYRONE ANTHONY POOLE** | |

## **O R D E R**

On March 9, 2005, an order was issued in the captioned case scheduling a bail revocation hearing for March 23, 2005 at 9:30 a.m. By order of March 18, 2005, upon motion of defense counsel Sanford Krevsky, the hearing was continued to March 30, 2005 at 3:30 p.m. The selection of this date and time was approved by defense counsel. Defense counsel who remains counsel of record failed to appear at the scheduled hearing. The court did not receive any communication from defense counsel that he would be unable to appear.

Accordingly, **IT IS HEREBY ORDERED THAT** attorney Sanford Krevsky shall appear before the undersigned at 9:30 a.m. on Tuesday, April 5, 2005, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania to show cause why he should not be held in contempt of court.

s/Sylvia H. Rambo<br>
Sylvia H. Rambo<br>
United States District Judge

Dated: March 30, 2005.