IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:05-CR-100 |
| | : | NO. 1:CR-04-020 |
| TYRONE POOLE, | : | JUDGE SYLVIA RAMBO |
| DEFENDANT | : | |

ORDER RE
MOTION FOR A FURLOUGH AND TEMPORARY RELEASE

And now this __________ day of March, 2006, it is hereby ordered that the defendant is granted a temporary release from custody to attend the burial of his grandmother. He is at liberty from 12 noon to 7:00 pm on Monday, March 13, 2006 at which time he shall re-report to the Dauphin County Prison.

______________________________
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE

*SPERO T. LAPPAS, Esquire*
*Pa. Supreme Court ID No. 25745*
*Serratelli, Schiffman, Brown and Calhoon, P.C.*
*2080 Linglestown Road*
*Suite 201*
*Harrisburg, Pennsylvania 17110-9670*
*Telephone (717) 540-9170*
*Fax (717) 540-5481*
*ATTORNEY FOR DEFENDANT TYRONE POOLE*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:05-CR-100 |
| | : | NO. 1:CR-04-020 |
| TYRONE POOLE, | : | JUDGE SYLVIA RAMBO |
| DEFENDANT | : | |

## MOTION FOR A FURLOUGH AND TEMPORARY RELEASE

1. The Defendant's grandmother Jennie Poole died on March 7, 2006.

*SPERO T. LAPPAS, Esquire*
*Serratelli, Schiffman, Brown and Calhoon, P.C.*

Page 1

2. The Defendant requests that he be released from prison to attend the funeral. According to the published obituary (Exhibit A hereto) the burial is to be held in Harrisburg on Monday March 13, 2006 at 3:00 pm. Defendant's request is that he be allowed a furlough from 12 noon to 7:00 pm.

3. Accordingly, the Defendant requests that this court allow him a temporary release from custody for the day of Monday, march 13, 2006 from 12 noon to 7:00 pm.

Respectfully submitted,

SERRATELLI, SCHIFFMAN
BROWN AND CALHOON, P.C.

BY: ______________________
Spero T. Lappas, Esquire
I.D. No. 25745
Suite 201, 2080 Linglestown Road
Harrisburg, PA 17110
(717) 540-9170
Attorney for Defendant

pennlive
.com

With News & Classifieds From: The Patriot-News

Sponsored By:
HIGHMARK.
BLUE SHIELD

Pay tribute to friends, families and loved ones. Sign a guest book now. pennlive.com | The Patriot-News

FIND A BUSINESS Enter Category GO »OR Search By Biz Name, Location

Home | News+Biz | Local | Sports | Forums+Chat | Cams+Radio | Living | Entertainment

CLASSIFIEDS
Get The Best Local...
Jobs | Autos | Real Estate
All Classifieds | Place An Ad

# Death Notices & Guest Books

Provided By Funeral Directors & Family From The Patriot-News

Share your thoughts, memories and condolences by signing a guest book. pennlive.com | The Patriot-News

View/Sign Guest Book

## Jennie M. Poole

**Mother Jennie M. Poole**

Mother Jennie M. Poole, 70, entered eternal rest on Tuesday, March 7, 2006, at her Green Street, Harrisburg, home.

Daughter of the late Pearlie Mae Polk and the late John Ford, she was born Thursday, March 21, 1935, in Bolivar, Tennessee and was educated in the Bolivar Public Schools.

She was retired from the Commonwealth of Pennsylvania and was a member of Faith Chapel Church of God In Christ, where she served as Church Mother, former Sunday School Teacher, Missionary, Pastor's Aide and Usher. Mother Poole loved serving her Lord and was devoted to her family.

The widow of James Arthur Poole, she was predeceased by 1 son, Leonard Poole; 3 sisters, Mary Frances Perry, Johnny Mae and Evelyn Ford; and 2 brothers, Dock Joy and Ben Polk.

Surviving to cherish many special memories are: 7 daughters, Pearl Stevens, Clara L. Poole, Annette (Kerry) Sawyers, Lynette Poole, and Valerie (Theodore) Zeiders, all of Harrisburg, Diane Poole of Lancaster, and Mary (Tyronne) Potts of Allentown; 3 sons, James (Renee), Darrell, and Arthur Poole, all of Harrisburg; a sister, Vernell (Charles) Cameron of Topeka, Kansas; 2 brothers, Joe Polk of Topeka, and Jack (Molene) Polk of Bolivar, Tennessee; adopted mother, Clara Venie; 17 grandchildren; 13 great-grandchildren; 1 godchild; nieces, nephews, cousins and friends.

A Celebration of Life Service will be held at 3 p.m. Saturday, March 11, 2006, at Mt. Calvary C.O.G.I.C., 1830 N. 5th Street, Harrisburg, where she will be eulogized by Bishop Benjamin J. Ravenel. Viewing/visitation will be held from 2 to 3 p.m. Burial will be Monday, March 13, 2006, at Blue Ridge Memorial Gardens.

The family thanks you for sharing in the loss of someone so very special.

Professional services entrusted to Wallace Funeral Directors, Inc.

www.pennlive.com/obits

Published in the Patriot-News on 3/10/2006.

Guest Book • Flowers • Gift Shop • Charities

Pay tribute to friends, families and loved ones. Sign a guest book now. pennlive.com | The Patriot-News

DEFENDANT'S EXHIBIT A

Printer-friendly version E-mail to a friend

Today's Patriot-News notices

---

Questions about death notices or Guest Books?
Contact Legacy.com

*Powered by* Legacy.com®

About Us | Help/Feedback | Advertise With Us
Use of this site constitutes acceptance of our User Agreement. Please read our Privacy Policy.
©2003 PennLive.com. All Rights Reserved.

CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

I hereby certify that on March 10, 2006 I contacted or attempted to contact opposing counsel to seek concurrence in the attached motion.

[ ] Concurrence was granted.

[ ] Concurrence was not granted.

[ x] Concurrence or non-concurrence could not be obtained because opposing counsel was unavailable. Additional attempts will be made to obtain concurrence of non-concurrence and a further certificate filed with the court as soon as possible. Opposing counsel is requested to call the undersigned upon receipt of this motion to advise of his/her position regarding concurrence or non-concurrence in the attached motion.

*RESPECTFULLY SUBMITTED,*

*SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.*

*By:* ______________________

*SPERO T. LAPPAS, Esquire*
*Pa. Supreme Ct. ID no. 25745*
*2080 Linglestown Road*
*Suite 201*
*Harrisburg, PA 17110-9670*
*(717) 540-9170*