# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO.1:CR-04-020 |
| | )     1:CR-05-100 |
| | ) (Judge Caldwell) |
| v. | ) |
| | ) |
| TYRONE POOLE | ) (Electronically Filed) |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION FOR RELIEF PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3582(c)**

AND NOW comes the United States of America, by its undersigned counsel and submits the following Response to the Defendant's Motion for Relief pursuant to Title 18 United States Code, Section 3582(c), setting forth the following material factors in support thereof:

1. The defendant was previously convicted and sentenced for offenses involving the distribution of cocaine base, also known as crack cocaine.

2. The defendant was originally sentenced to a combined term of 132 months' imprisonment, a sentence which represented the guideline range that applied as the range, without the charge bargain, would have either been 210-262 months' imprisonment or 168-210 months imprisonment. That guideline imprisonment range of 132 months was based upon the Court's finding that the defendant's

offense level was 32 and the defendant's criminal history category was IV.

3. Following imposition of this sentence, in December 2007, the United States Sentencing Commission enacted an amendment to the sentencing guidelines, Amendment 706, which reduced the guidelines offense level for drug distribution and conspiracy offenses involving cocaine base by two offense levels and further provided that this amendment applied retroactively to defendants who were sentenced before the effective date of this amended guideline.

4. The defendant has now moved pursuant to Title 18, United States Code, Section 3582(c), for relief in accordance with this amended guidelines provision.

5. Upon review of the defendant's motion and the underlying facts of this case, the United States believes that the defendant is **not** entitled to request some relief pursuant to Title 18, United States Code, Section 3582(c) since the defendant received a charge bargain in this matter. Additionally, even if the defendant received a 2-level reduction the new guideline range would be

135-168 months which is still greater than the sentence imposed of 132 months.

                                      MARTIN C. CARLSON
                                      United States Attorney

                                      /S/WILLIAM A. BEHE
                                      WILLIAM A. BEHE
                                      Assistant U.S. Attorney
                                      228 Walnut Street
                                      Suite 220
                                      Harrisburg, PA 17108
                                      (717)221-4482
                                      (717)221-2246 (Facsimile)
                                      PA32284
Dated: June 30, 2008          william.behe@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO.1:CR-04-020 |
| | )            1:CR-05-100 |
| | ) (Judge Caldwell) |
| v. | ) |
| | ) |
| TYRONE POOLE | ) (Electronically Filed) |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That this 30th day of June, 2008 she served a copy of the attached

**GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION FOR RELIEF PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3582(c**

by electronic means and/or by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Tyrone Poole #12234-067
FCI Allenwood - Med.
P.O. Box 2000
White Deer, PA 17887

                                            s/Phyllis M. Mitchell
                                            PHYLLIS M. MITCHELL
                                            Supervisory Legal Assistant