FREEDOM OF INFORMATION ACT REQUEST

FILED
AUG 18 2010
PER
HARRISBURG, PA.   DEPUTY CLERK

Requester: Tyrone A Poole - 12234-067
Address: FCI - Allenwood
P.O. Box 2000
White Deer, Pa 17887

Agency Name: Clerk of Courts / Middle District of Pennsylvania
Address: 228 Walnut Street
Harrisburg, Pa 17101

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Any and all document containing or refering to my name. Including, but not limited to statement Indictements, transcripts, motions, etc.

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Tyrone A. Poole
Executed on (date): August 11, 2010
Social Security No.: 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
Date of Birth: 9-26-72
Place of Birth: Dauphin County, Pa

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.