

FREEDOM OF INFORMATION REQUEST

Tyrone Poole #12234-067
FCI-Allenwood
P.O. Box 2000, White Deer, Pa 17887

To: Clerk of Courts
Middle District of Pennsylvania
228 walnut street
Harrisburg, Pa 17101

Re: Records Request

Pursuant to Title 5 USC and any other relevant provision of your agancy's regualtions covering access to the right of freedom of information, I hereby identify myself as:

I make this request for any and all materials for the entire central file that your agency and any other agency(s) under your supervison, as may be referred to below, has compiled to date, or other branches thereof under your supervison may have designated in this file or any portion thereof, and the reason for each designation, and the name of the person and his or her title requesting same.

I would like for this request to be fulfilled and completed as soon as time permits, pursuant to section (d), paragraph (1) of the Privacy Act of 1974. I would also like to have a copy of the applicable regualtions of your agency(s) as may be provided for by the Freedom of Information Act so that I may adhere to the approved rules and regulations for your agency(s)

As you know, investigation records compiled for law enforcement agencies are no longer generally exempted from disclosure, but may be inspected in camera by the U.S. Courts to determine whether they fall within any of the six specified accepted categories of investigations records subscribed in the Act.

If, for any reason, it is determined that portions of the materials requested are exempted under some recognizable category under the Freedom of Information Act, or the Privacy Act of 1974, then I request that any such exempted materials be indexed and itemized with detailed justification for any exclusion made under

the authority of <u>Vaughn v. Rosen</u>, 484 F.2d 820 (D.C. Cir. 1973), or any similar authority.  However, I do request to obtain those documents as soon as possible and in no way waive my right to the entire file, which, after I have examined the material you do send, I may still choose to review by appeal with respect to any excluded portions.

I do agree to pay for any fee incur for the search and copying of the requested documents.

Tyrone Poole-12234-067
FCI-Allenwood
P.O. Box 2000
White Deer, Pa 17887

RECEIVED
HARRISBURG, PA

AUG 18 2010

MARY E. D'ANDREA, CLERK
Per _____

HARRISBURG PA 171
16 AUG 2010 PM 4 L

⇔12234-067⇔
Clerk Of Courts
228 Walnut ST
Middle District OF PA
Harrisburg, PA - 17101
United States

17101317127