REGISTER NO: 12234-067    NAME..: POOLE                FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ALM-ALLENWOOD MED FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
ALM  ESL HAS    ENGLISH PROFICIENT          04-07-2006 1557 CURRENT
ALM  GED EARNED GED EARNED IN BOP           11-30-2006 1600 CURRENT

------------------------- EDUCATION COURSES -------------------------
| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| ALM | CALLOUT FOR CIRCUIT CARDIO CL | 08-16-2011 | CURRENT | | | | |
| ALM | M-F 1200-330 AIR CONDITION VT | 04-26-2011 | CURRENT | | | | |
| ALM | ACE HVAC 609 CERT | 05-16-2011 | 05-16-2011 | P | C | P | 2 |
| ALM | SPINNING CLASS 5 | 06-07-2011 | 08-14-2011 | P | C | P | 2 |
| ALM | ACE VT HVAC REVIEW | 05-26-2011 | 07-07-2011 | P | C | P | 12 |
| ALM | ACE HEALTH AWARENESS CLASS | 05-18-2011 | 07-13-2011 | P | C | P | 16 |
| ALM | ACE PLUMBING CLASS | 05-18-2011 | 07-06-2011 | P | C | P | 16 |
| ALM | ACE FINANCIAL MARKETS 3 | 05-17-2011 | 07-05-2011 | P | C | P | 16 |
| ALM | ACE HVAC 608 CERT | 05-16-2011 | 07-11-2011 | P | C | P | 16 |
| ALM | FITNESS STEP CLASS | 04-18-2011 | 05-27-2011 | P | C | P | 2 |
| ALM | BEGINNING JUMP ROPE | 03-26-2011 | 05-05-2011 | P | C | P | 2 |
| ALM | M-F 1200-330 ELECTRICAL VT | 07-21-2010 | 04-20-2011 | P | C | M | 384 |
| ALM | ACE VT HVAC REVIEW | 02-01-2011 | 03-22-2011 | P | C | P | 16 |
| ALM | REFRIGERATION ACE CLASS | 06-07-2010 | 08-16-2010 | P | C | P | 25 |
| ALM | ACE FREIGHT BROKERAGE | 06-03-2010 | 07-22-2010 | P | C | P | 14 |
| ALM | STRETCHING WELLNESS CLASS | 05-22-2010 | 07-22-2010 | P | C | P | 12 |
| ALM | M-F 1200-330 PLUMBING VT | 09-11-2009 | 06-03-2010 | P | C | M | 400 |
| ALM | BREAKING BARRIERS | 03-18-2008 | 07-02-2008 | P | C | P | 30 |
| ALM | PARENTING ADVANCED LEVEL 3 | 11-30-2007 | 06-04-2008 | P | C | P | 20 |
| ALM | PARENTING PROGRAM LEVEL 2 | 09-13-2007 | 11-30-2007 | P | C | P | 20 |
| ALM | PARENTING PROGRAM LEVEL 1 | 06-19-2007 | 09-13-2007 | P | C | P | 20 |
| ALM | A.C.E. CLASSROOM EDITION | 04-26-2007 | 06-22-2007 | P | C | P | 16 |
| ALM | A.C.E. LIFE SKILLS CLASS | 04-25-2007 | 06-22-2007 | P | C | P | 16 |
| ALM | ECONOMIC DEVELOPMENT ACE CLASS | 04-24-2007 | 06-22-2007 | P | C | P | 16 |
| ALM | COMMUNICATION SKILLS ACE CLASS | 04-23-2007 | 06-22-2007 | P | C | P | 16 |
| ALM | TPC RESTROOM CARE | 04-20-2007 | 05-03-2007 | P | C | P | 25 |
| ALM | TPC MAINTAINING FLOORS | 04-18-2007 | 04-26-2007 | P | C | P | 25 |
| ALM | 10 HOUR OSHA TRAINING | 03-28-2007 | 04-16-2007 | P | C | P | 10 |
| ALM | A.C.E. CLASSROOM EDITION | 01-24-2007 | 03-22-2007 | P | C | P | 16 |
| ALM | JOB FAIR/INTERVIEW SKILLS | 01-24-2007 | 03-21-2007 | P | C | P | 16 |
| ALM | REFRIGERATION ACE CLASS | 01-23-2007 | 03-14-2007 | P | C | P | 16 |
| ALM | A.C.E. CLASSROOM EDITION | 11-09-2006 | 01-04-2007 | P | C | P | 16 |
| ALM | TRUCK DRIVERS LICENSE(ACE CLS) | 11-07-2006 | 12-28-2006 | P | C | P | 18 |
| ALM | 730-930 MR. KELLER RM 4 | 10-31-2006 | 11-30-2006 | P | C | P | 106 |
| ALM | A.C.E. INTRO TO SPANISH CLASS | 08-09-2006 | 09-28-2006 | P | C | P | 16 |
| ALM | 730-930 MR. KELLER RM 4 | 08-16-2006 | 09-07-2006 | P | W | I | 78 |
| ALM | KELLER/LEAMER 730-930 RM5 | 08-09-2006 | 08-16-2006 | C | W | I | 0 |
| ALM | LEAMER/KELLER 930-1130 RM5 | 06-19-2006 | 08-09-2006 | C | W | I | 0 |
| ALM | TPC CLEANING CHEMICALS | 07-01-2006 | 07-18-2006 | P | C | P | 25 |
| ALM | ACE GED MATH CLASS | 04-28-2006 | 06-16-2006 | P | C | P | 14 |

G0002      MORE PAGES TO FOLLOW . . .

```
REGISTER NO: 12234-067     NAME..: POOLE                    FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: ALM-ALLENWOOD MED FCI
```

---------------------------- EDUCATION COURSES ---------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| ALM | A.C.E. PLUMBING CLASS | 04-27-2006 | 06-16-2006 | P | C | P | 14 |
| ALM | TPC FLOOR CARE EQUIPMENT | 06-01-2006 | 06-14-2006 | P | C | P | 25 |
| ALM | TPC PLUMBING MAINT | 05-12-2006 | 06-05-2006 | P | C | P | 25 |

---------------------------- HIGH TEST SCORES ---------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| GED | AVERAGE | 546.0 | 11-30-2006 | ALM | PASS | PA |
| | LIT/ARTS | 490.0 | 11-30-2006 | ALM | IJ | PA |
| | MATH | 540.0 | 11-30-2006 | ALM | IJ | PA |
| | SCIENCE | 530.0 | 11-30-2006 | ALM | IJ | PA |
| | SOC STUDY | 580.0 | 11-30-2006 | ALM | IJ | PA |
| | WRITING | 590.0 | 11-30-2006 | ALM | IJ | PA |
| TABE A | BATTERY | 10.5 | 05-26-2006 | ALM | A | |
| | LANGUAGE | 10.7 | 05-26-2006 | ALM | D | |
| | MATH APPL | 12.9 | 05-26-2006 | ALM | A | |
| | MATH COMP | 9.7 | 05-26-2006 | ALM | A | |
| | READING | 8.2 | 05-26-2006 | ALM | A | |
| | TOTAL MATH | 11.6 | 05-26-2006 | ALM | A | |

```
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```



# DIPLOMA

## Commonwealth of Pennsylvania
## Department of Education

In recognition of having met the requirements for issuance of the Commonwealth Secondary School Diploma as set forth in Title 22, Section 4.72 of the Pennsylvania Code, this diploma is conferred upon

**TYRONE A. POOLE**

Date Issued 12/18/2006

Given under the seal of the
Department of Education
Commonwealth of Pennsylvania
at Harrisburg

Diploma Number
3529874

Secretary of Education

PDE-101 (4/99)

# Certificate Of Completion

## Tyrone A Poole

is to be commended for demonstrating knowledge and skill in the technical area of

## Electrical Occupations

on _____ April 05, 2011 _____

_____
Supervisor of Education

_____
Vocational Training Instructor

_____
John C. Foster Ph.D.
President/CEO
NOCTI





Association for Career
and Technical Education

www.acteonline.org

*The following organizations recognize the value and credibility of third party assessment when measuring student competence and commend this individual for willingness to demonstrate newly acquired knowledge and skill.*

This Certifies that

## Tyrone Poole

has completed a **NOCTI** Competency Assessment in the field of  Plumbing

and is awarded this

## Certificate of Completion

For participation in the occupational testing program conducted

in accordance with the standards of NOCTI and  FCI Allenwood

on this  **3rd**  day of  June, 2010

John C. Foster Ph.D.
President/CEO
NOCTI

Supervisor of Education

Vocational Training Instructor



NOCTI®

*Building a Competent Workforce through Creative Learning Solutions*

800.334.6283   www.nocti.org
500 North Bronson Avenue   Big Rapids, Michigan 49307

# Certificate of Achievement

*For Successful Completion Of The Marketable curriculum In The
FCI Allenwood Vocational training program:*

## Plumbing
### 400 Hours

## Tyrone Poole

