IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:04-CR-00020 |
| v. | : | 1:05-CR-00100 |
| | : | (Judge Rambo) |
| TYRONE ANTHONY POOLE | : | (Electronically Filed) |

**CERTIFICATE OF CONCURRENCE / NON-CONCURRENCE**

I, Lori J. Ulrich of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney William A. Behe, Esquire, will file a separate pleading explaining the Government's position with respect to the **Motion to Reduce Sentence Re: Amendment 750 Crack Cocaine Offense - 18:3582.**

Date: October 3, 2011

/s/ *Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Asst. Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<lori_ulrich@fd.org>
*Attorney for Tyrone Anthony Poole*