IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:04-CR-00020 |
| v. | : | 1:05-CR-00100 |
| | : | (Judge Rambo) |
| TYRONE ANTHONY POOLE | : | (Electronically Filed) |

**ORDER**

    AND NOW this \_\_\_\_\_ day of _____, 2011, upon consideration of the defendant's Motion to Reduce Sentence Re: Amendment 750 Crack Cocaine Offense - 18:3582, **IT IS HEREBY ORDERED** that the motion is granted. Mr. Poole's sentence is hereby reduced to _____
_____.

                                              BY THE COURT:

                                              _____
                                              S<small>YLVIA</small> H. R<small>AMBO</small>
                                              United States District Judge