AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **TYRONE ANTHONY POOLE** | ) | Case No: 1:04-CR-020 and 1:05-CR-100 |
| | ) | USM No: 12234-067 |
| Date of Original Judgment: March 23, 2006 | ) | |
| Date of Previous Amended Judgment: none | ) | Lori J. Ulrich, Assistant Federal Public Defender |
| (Use Date of Last Amended Judgment if Any) | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.**   X **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  132  months **is reduced to**  125 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**FILED**
HARRISBURG, PA

NOV 2 2 2011

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  March 23, 2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: November 21, 2011

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Sylvia H. Rambo, United States District Judge
*Printed name and title*